AO 440 (Rev. 10/93) Summons in a Civil Ac

US Attorney

**RETURN OF SERVICE**

CAB-03-149

Service of the Summons and Complaint was made by me[1]

DATE 8/28/03

NAME OF SERVER (PRINT) Jodi Goodwin

TITLE Attorney

③

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

SEP 3 0 2003

Michael N. Milby
Clerk of Court

☒ Other (specify): CMRRR #7002 0510 0004 1763 2695

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/28/03
Date

Signature of Server

1322 E. Tyler Ave., Harlingen, TX 78550
Address of Server

RECEIVED
2003 SEP 30 PM 4: 32
MICHAEL N. MILBY, CLERK
SOUTHERN DISTRICT TEXAS
US DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.