IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO GUERRA-MOYA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-149 |
| | § | |
| A.G. WINFREY, ET AL. | § | |

### ORDER

Petitioner is ordered to file a written response, not to exceed ten pages, to Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus with Incorporated Points and Authorities (Docket No. 5) on or before December 12, 2003.

DONE at Brownsville, Texas, this 19th day of November, 2003.

John Wm. Black
United States Magistrate Judge