IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 2 2004

Michael N. Milby
Clerk of Court

FRANCISCO GUERRA-MOYA, )
)
v. )
) CIVIL ACTION NO. B-03-149
A.G. WINFREY, et al. )
)
_____)

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner FRANCISCO GUERRA-MOYA with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

February 10, 2004

1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Administrative Record was mailed via first class mail, postage prepaid to:

>   Jodi Goodwin, Esquire
>   1322 E. Tyler Ave.
>   Harlingen, TX  78550

on this 10TH day of February, 2004.

_____
LISA M. PUTNAM
Special Assistant United States Attorney