

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO GUERRA-MOYA | * |
| | * |
| VS. | *CIVIL NO. B-03-149 |
| | * |
| A.G. WINFREY, INTERIM FIELD OFFICE | * |
| DIRECTOR, BUREAU OF IMMIGRATION | * |
| AND CUSTOMS ENFORCEMENT, and | * |
| JOHN ASHCROFT, UNITED STATES | * |
| ATTORNEY GENERAL | * |

### PETITIONER'S NOTICE OF APPEAL

Notice is hereby given that Petitioner, Francisco Guerra-Moya, in the above-numbered case appeals to the United States Court of Appeals for the Fifth Circuit of the Order denying his Petition for Writ of Habeas Corpus dated May 10, 2004 by the Honorable Andrew Hanen in the U.S. District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

Law Office of Jodi Goodwin
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)

Jodi Goodwin
Attorney for Petitioner
State Bar No.: 00793835
Fed. ID: 20102

### CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of May, 2004, a true and correct copy of the foregoing Notice of Appeal was sent to the Special Assistant United States Attorney, Lisa Putnam, US DHS, PO Box 1711, Harlingen, Texas 78550, by postage pre-paid First Class US Mail.

_____
Jodi Goodwin