United States District Court
Southern District of Texas
FILED

MAY 1 1 2006

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

Michael N. Milby
Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

May 9, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-40746  Guerra-Moya v. Winfrey
    USDC No.  1:03-CV-149

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume    ( 1 ) Envelope

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _Sabrina B. Short_
        Sabrina B. Short, Deputy Clerk
        504-310-7817

cc:  (letter only)
    Honorable Andrew S Hanen
    Ms Jodilyn Marie Goodwin
    Ms Jamie Marie Dowd