United States Court of Appeals
Fifth Circuit

**FILED**

March 15, 2006

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

MAY 1 1 2006

Michael N. Milby
Clerk of Court

---

No. 04-40746
Summary Calendar

---

D.C. Docket No. 1:03-CV-149

FRANCISCO GUERRA-MOYA

Petitioner – Appellant

v.

A G WINFREY, Interim Field Office Director BICE; ALBERTO R GONZALES, U S ATTORNEY GENERAL

Respondents – Appellees

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before JONES, Chief Judge, and KING and DENNIS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that Guerra-Moya's petition for review is therefore GRANTED, and his case is remanded to the Board of Immigration Affairs with instructions that the Board consider his application for discretionary section 212 (c) relief.

ISSUED AS MANDATE: MAY 0 9 2006

A true copy
Test

Clerk, U S. Court of Appeals, Fifth Circuit

By Sabrina B Short
Deputy

New Orleans, Louisiana    MAY 0 9 2006