**BILL OF COSTS**

United States District Court
Southern District of Texas
FILED
MAY 11 2006
Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
MAR 29 2006
CHARLES R. FULBRUGE III
CLERK

Guerra-Moya  v.  Winfrey    No. 04-40746

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion*. See FED. R. APP. P. & 5TH CIR.R.39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

The Clerk is requested to tax the following costs against: Appellee - Winfrey

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost | |
| Docket Fee ($250.00) | | | | 250.00 | 4 | 53 | .25 | $250.00 | |
| Appendix or Record Excerpts | | | | | | | | $53.00 | |
| Appellant's Brief | 8 | 37 | .25 | 74.00 | 8 | 37 | .25 | $74.00 |
| Appellee's Brief | | | | | | | | | |
| Appellant's Reply Brief | 4 | 23 | .25 | 23.00 | 4 | 23 | .25 | $23.00 |
| Other: Supplemental Brief | 4 | 17 | .25 | 17.00 | 4 | 17 | .25 | $17.00 |

Total $ 364.00

Costs are hereby taxed in the amount of $ 417.00 this 9th day of May, 2006.

By _Mary F. LeBlanc_
CHARLES R. FULBRUGE III, CLERK
Deputy Clerk

Costs are taxed in the amount of $ 417.00

State of _____
County of _____

I, Jodilyn M. Goodwin, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 29th day of March, 2006.

_signature_